**Order entered September 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00517-CV

### MALCOLM JOHNSON, Appellant

### V.

### VERONICA POWELL-JOHNSON, Appellee

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-19-12398**

## ORDER

We **REINSTATE** this appeal which we abated August 19, 2020 to allow the trial court an opportunity to file findings of fact and conclusions of law in accordance with Texas Family Code section 6.711 and Texas Rule of Civil Procedure 297. Under our August 19th order, the trial court was to file the findings and conclusions by September 8, 2020. Further, appellant was to file any request for specified additional or amended findings or conclusions by September 18, 2020, and the trial court was to file any additional or amended findings and

conclusions, or written verification additional findings are not appropriate, no later than September 28, 2020.

Before the Court is appellant's motion for extension of time to file his request for additional or amended findings.  Appellant explains the trial court filed findings and conclusions on September 8th, but appellant did not become aware of them until September 18th.

We **GRANT** the motion.  We **ORDER** appellant to file any request for specified or amended findings or conclusions **by September 28, 2020** and the trial court to file the additional or amended findings and conclusions, or written verification additional findings are not appropriate, **by October 8, 2020**.  The trial court's findings of fact and conclusions of law, any request for additional or amended findings and conclusions, and any additional or amended findings and conclusions or verification shall be filed in a supplemental clerk's record with this Court **no later than October 12, 2020**.  The supplemental clerk's record shall also include the documents listed in appellant's July 7, 2020 and August 17, 2020 motions to supplement the clerk's record.

We note Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, has informed the Court, by letter filed September 15, 2020, that appellant has not paid or made arrangements to pay for a supplemental reporter's record he requested.  Accordingly, we **ORDER** appellant to file, **no later than**

**October 12, 2020**, written verification of payment. We further **ORDER** the supplemental reporter's record be filed **no later than October 19, 2020** provided payment or payment arrangements have been made. We caution appellant that failure to file the requested verification may result in the appeal being submitted on the record currently before the Court.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Atkins; Joie Rivera, former court reporter for the 255th Judicial District Court; and, the parties.

We again **ABATE** the appeal to allow an opportunity for compliance with this order. The appeal will be reinstated no later than October 20, 2020.

/s/     KEN MOLBERG
JUSTICE